## *In re* ALBRECHT'S ESTATE.

*(Supreme Court, General Term, First Department. May 23, 1890.)*

DESCENT AND DISTRIBUTION—HUSBAND AND WIFE—ENTIRETIES.

In New York a bond and mortgage executed to a husband and wife jointly become the property of the wife on the death of the husband, by right of survivorship. The common-law rule is in force in respect to personal property as well as realty. Affirming 4 N. Y. Supp. 462.

Appeal from surrogate's court, New York county.

Accounting by Christian J. Uhl and Charles H. Hamel as executors of the will of Balthazar Albrecht, deceased. The exceptions to the referee's report were overruled, and contestant appeals. For opinion of surrogate, see 4 N. Y. Supp. 462.

Argued before VAN BRUNT, P. J., and BARTLETT and BARRETT, JJ.

*Henry F. Lippold*, for appellant. *Samuel Untermyer* and *L. A. Giegerich* for respondents.

VAN BRUNT, P. J. The principles laid down in the case of *Sanford* v. *Sanford*, 45 N. Y. 723, 58 N. Y. 72, and reiterated in the case of *Bertles* v. *Nunan*, 92 N. Y. 156, and which have obtained since the existence of the common law, show that the decree of the surrogate was correct, and should be affirmed, with costs. All concur.